UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEVERLEY BRATHWAITE-SKETOE, as Personal Representative of the Estate of TYRONE BRATHWAITE on behalf of BEVERLEY BRATHWAITE-SKETOE, AUDREY BRATHWAITE, and CELESTE BRATHWAITE, surviving family members, and the ESTATE OF TYRONE BRATHWAITE,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, including but not limited to Aging and Long-Term Support Administration and Residential Care Services; JOAN MARION, individually and in her official capacity acting under color of state law; JENNIFER FARRIA, individually and in her official capacity acting under color of state law; and JOHN DOES I-V, and JOHN DOE CORPORATIONS I-V, jointly and severally,<br><br>Defendants. | C17-1228 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' Stipulation of Voluntary Dismissal, docket no. 13, Plaintiffs' claims against Defendants Joan Marion and Jennifer Farria are DISMISSED with prejudice and without costs.

MINUTE ORDER - 1

1     (2)     Pursuant to the parties' Stipulation of Voluntary Dismissal, docket no. 13, the remaining claims in this case are REMANDED back to King County Superior Court effective immediately.

    (3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of October, 2017.

                                    William M. McCool  
                                    Clerk

                                    s/Karen Dews  
                                    Deputy Clerk